UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                      Chapter 13
                                            Case No.
                                            **OBJECTION TO CLAIM & NOTICE OF OPPORTUNITY**

                                            CLAIMANT:
Debtor(s)                                   CLAIM NO:
_____/

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

    NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim):    DOLLAR AMT   DATE FILED:
    *
    *
    *
    *

The basis for the objection is that the claim:

____ duplicates claim no. _____ filed on _____ by_____.
____ does not include a copy of the underlying judgment.
____ does not include a copy of the security agreement and evidence of perfection.
____ fails to assert grounds for priority.
____ does not include a copy of the assignment(s) upon which it is based.
____ appears to include interest or charges accrued after the filing of this case on _____.
____ is not timely filed.
____ _____
_____
_____
_____

The Objecting Party will ask the Court to enter an Order providing that the claim is:
    ____ allowed as a secured claim in the amount of:    $_____
    ____ allowed as an unsecured claim in the amount of:    $_____
    ____ allowed as a priority claim in the amount of:    $_____
    ____ disallowed in its entirety
    ____ _____.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the initiating party within twenty (20) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and 4) that the initiating party will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated:_____        _____
                                        Debtor(s) or Attorney for Debtor(s)
DEBTOR'S ADDRESS:
*
*

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case.  My business address is:
_____.  I served this Objection to Claim and Notice of Opportunity for Hearing by first class United States mail, postage pre-paid, at _____, California on the date noted below and addressed to the Claimant above, and on those listed below.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:_____, 20____ at _____, California.

                                                      _____

*                            *                            *
*                            *                            *
*                            *                            *
*                            *                            *

6/04

Attachment to Proof of Service

Franchise Tax Board
Special Procedures
P.O. Box 2952
Sacramento, CA  95812-2952

Franchise Tax Board
State of California
P.O. Box 942867
Sacramento, CA  94267-0011

Franchise Tax Board
96 N. Third St, 4th Floor
San Jose, CA  95112-5579

Edmund Brown, Attorney General
STATE OF CALIFORNIA
P.O. Box 944255
Sacramento, CA   94244-2550