**LAUDERDALE LAW OFFICES**
**JAMES M. LAUDERDALE  59640**
**150 Carmelito Avenue**
**Monterey, CA  93940**
(831) 646-1306
 Fax  646-1615

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  MALLERY, Donald,

      Debtor(s).

_____/

No:  10-5-0675 CN
Chapter 13

**PREHEARING CONFERENCE**
**STATEMENT ON OBJECTION TO**
**CONFIRMATION OF PLAN**

Date:   Feb. 18, 2011
Time:  10:00 a.m.

     JAMES M. LAUDERDALE, on behalf of the debtor above named, hereby offers the following as the prehearing conference statement on the objection to confirmation of plan filed by DEVIN DERHAM-BURK, Chapter 13 Trustee, and by the IRS through its attorney, CHONG HONG.

    **Statement <u>of</u> <u>Remaining</u> <u>Factual</u> <u>and</u> <u>Legal</u> <u>Issues</u>:**   The objection of the trustee has been withdrawn.   The objection of the IRS is not resolved.  It is respectfully requested that the matter be continued to the April, 2011 calendar for resolution to allow the IRS time to complete their examination. "

Dated: February 9, 2011

LAUDERDALE LAW OFFICE

By   _/s/  James M. Lauderdale_
Bar No.  59640